

# CORRECTED JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00033-CR

ERIC ALONZO GREER, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 56th District Court of Galveston County. (Tr. Ct. No. No. 12-CR-3333).

This case is an appeal from the final judgment signed by the trial court on December 9, 2013. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment. Accordingly, the Court **reverses** the trial court's judgment and **remands** the case to the trial court for further proceedings.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 22, 2015.

Panel consists of Justices Keyes, Massengale, and Lloyd. Opinion delivered by Justice Lloyd.